JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigation

| Date | | Pleading Description |
|---|---|---|
| 84/04/23 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS AND CERT. OF SVC. -- pltfs. Certified Collateral Corp.; Control Electronics, Inc.; Euromarket Designs, Inc.; McIntosh Embossing, Inc.; Rger Lee and Lani Lee; Earl E. Olive and David H. Locks for transfer of actions pursuant to 28 U.S.C. §1407 for Pretrial Proceedings -- SUGGESTED TRANSFEREE DISTRICT: E.D. Michigan or N.D. Illinois -- SUGGESTED TRANSFEREE JUDGE:? (ds) |
| 84/05/02 | 2 | REQUEST FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSE -- GTE Sprint Communications Corp., GTE Corp., GTE Automatic Electric Corp., Southern Pacific Co., Southern Pacific Communications Co. and Southern Pacific Satellite Co. -- the 30 day extension was Denied, however, a 15-day extension was GRANTED to ALL PARTIES to and including May 23, 1984 to file a response.  Notified involved counsel (ds) |
| 84/05/02 | 3 | REQUEST FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSE -- MCI Telecommunications Corp. -- The 30-day extension was Denied, however, a 15-day extension was GRANTED TO ALL PARTIES to and including May 23, 1984 to file a response.  Notified involved counsel. (ds) |
| 84/05/03 | 4 | REQUEST FOR EXTENSION OF TIME -- Allnet Communication Services -- EXTENSION PREIOUSLY GRANTED TO ALL PARTIES to and including May 23, 1984.  Counsel notified    (ds) |
| 84/05/03 | 5 | REQUEST OF EXTENSION OF TIME -- pltfs. Charles Kaplan, Harvey Schuster, et al. and Retail Recruiters of New York, Inc. -- EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES to and including May 23, 1984.  Counsel notified   (ds) |
| ~~84/05/04~~ | ~~6~~ | ~~REQUEST FOR EXTENSION OF TIME TO FILE A REPLY -- Filed by Movants w/svc. -- EXTENSION GRANTED to and including May 15, 1984 to Movants. -- Counsel was notified. (ds)~~ |
| 84/05/04 | 6 | REQUEST FOR EXTENSION OF TIME -- U.S. Telephone of the Midwest, Inc. w/svc. -- EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES to and including May 23, 1984.  Counsel was notified (ds) |
| 84/05/04 | 7 | REQUEST FOR EXTENSION OF TIME -- Western Union Telegraph Co. w/svc. -- EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES to and including May 23, 1984.  Counsel was notified    (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/05/07 | | APPEARANCES: MARK E. ANDERSON, ESQ. for Roger Lee and Lani Lee; LAWRENCE SUCHAROW, ESQ. for Charles Kaplan, Harvey M. Schuster, et al., and Retail Recruiters of New York, Inc.; FAY CLAYTON, ESQ. for Certified Collateral Corp., Earl E. Olive, David H. Locks; MICHAEL J. FREED, ESQ. for Euromarket Designs, Inc. d/b/a Crate & Barrel; STEPHEN C. COOPER, ESQ. for Control Electronics, Inc., et al.; KARL L. CAMBRONNE, ESQ. for McIntosh Embossing, Inc.; GERALD D. MILLER, ESQ. for Mark Hochman, et al.; GRANT S. LEWIS, ESQ. for U.S. Transmission Systems, Inc.; STEPHEN M. ATKINSON, ESQ. for Lexitel Corp.; MITCHELL S. GOLDGEHN, ESQ. for Allnet Communication Services, Inc.; RICHARD J. GRAY, ESQ. for MCI Telecommunications Corp.; HOWARD G. KRISTOL, ESQ. for GTE Corp., GTE Sprint Communications Corp., GTE Automatic Electric Corp., Southern Pacific Co., Southern Pacific Communications Co., Southern Pacific Satellite Co.; ROBERT P. HURLBERT, ESQ. for Western Union Telegraph Co.; DANIEL A. HUBER, ESQ. for U.S. Telephone of the Midwest, Inc.  (cds) |
| 84/05/07 | 8 | REQUEST FOR EXTENSION OF TIME -- Mark Hochman, et al. -- EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES to and including May 23, 1984  Counsel was notified  (cds) |
| 84/05/07 | 9 | REQUEST FOR EXTENSION OF TIME -- U.S. Transmission Systems Inc. -- EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES to and including May 23, 1984  Counsel was notified  (cds) |
| 84/05/08 | 10 | REQUEST FOR EXTENSION OF TIME -- GTE Sprint Corp., et al. -- EXTENSION PREVIOUSLY GRANTED TO ALL PARTIES to and including May 23, 1984  Counsel was notified  (cds) |
| 84/05/23 | 11 | RESPONSE, BRIEF -- pltfs. Charles Kaplan, Harvey Schuster, California Investment Counsel, Inc. and Retail Recruiters of New York, Inc. -- w/cert. of service  (cds) |
| 84/05/23 | 12 | RESPONSE -- U.S. Telephone of the Midwest, Inc. -- w/cert. of service  (cds) |
| 84/05/23 | 13 | RESPONSE -- Allnet Communications Services -- w/cert. of service (cds) |
| 84/05/23 | 14 | RESPONSE, BRIEF -- MCI Telecommunications Corp. -- w/cert. of service  (cds) |
| 84/05/23 | 15 | RESPONSE -- Western Union Telegraph Co. -- w/cert. of service (cds) |
| 84/05/23 | 16 | RESPONSE -- GTE Sprint Communications Corp., GTE Corp., GTE Automatic Electric Corp., Southern Pacific Co., Southern Pacific Communications Co. and Southern Pacific Satellite Co. -- w/cert. of service  (cds) |

JPML FORM 1A

p.3

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/05/23 | 17 | RESPONSE -- Mark Hochman and Daniel L. Rosenthal -- w/Exhibits A and B and cert. of service  (cds) |
| 84/05/23 | 18 | RESPONSE, MEMORANDUM -- United States Transmission Systems, Inc. -- w/cert. of service  (cds) |
| 84/05/24 |  | APPEARANCE: (substitution) MICHAEL W. WARD, ESQ. for U.S. Telephone of the Midwest, Inc.  (cds) |
| 84/05/24 | 19 | REQUEST FOR EXTENSION OF TIME TO FILE REPLY-- plaintiffs (movants) -- w/cert. of service -- GRANTED TO AND INCLUDING JUNE 5, 1984 TO MOVANT  (cds) |
| 84/06/05 | 20 | REPLY -- Certified Collateral Corp., Control Electronics, Inc., Euromarket Designs, Inc., McInthsh Embossing, Inc., Roger Lee, et al., Earl El Olive and David H. Locks -- w/cert. of svc. (emh) |
| 84/06/11 | 21 | ADDENDUM TO THE REPLY OF MOVING PARTIES -- Control Electronics, Inc., et al. -- w/cert. of service  (cds) |
| 84/06/25 | 22 | RESPONSE/BRIEF -- Lilly M. Feitler (interested party) -- w/cert. of svc. (emh) |
| 84/06/25 | 23 | LETTER (Re: A-9) -- deft. Lexitel Corp. signed by Stephen M. Atkinson -- w/svc. (emh) |
| 84/06/25 |  | HEARING ORDER -- Setting motion to transfer A-1 thru A-13 for Panel hearing in Boston, Massachusetts on July 26, 1984 (emh) |
| 84/06/28 | 24 | NOTICE OF POTENTIAL TAG-ALONG ACTION (Lazar v. MCI Comm. Corp., et al., S.D. Calif., 84-1435 -- MCI Telecommunications Corp. (emh) |
| 84/07/09 | 25 | LETTER (re Lazar v. MCI, S.D.Cal., 84-1435-N(M) -- pltf. Lazar -- w/cert. of service  (cds) |
| 84/07/19 | 26 | SUPPLEMENTAL MEMORANDUM -- United States Transmission Systems, Inc. w/cert. of svc. (ds) |

*598*

| Date | No. | Description |
|---|---|---|
| 84/07/23 | 27 | NOTICE OF RELATED ACTIONS -- A. Linda Leventhal v. GTE Corp., N.D.N.Y., C.A. No. 84-CV-602; Lilly M. Feitler v. GTE Sprint Communications Corp., M.D. Pa., C.A. No. CV-84-0758 -- deft. GTE Spring w/cert. of svc. (ds) |
| 84/07/23 | 28 | LETTER (re: Status of A-12) -- pltfs. Charles Kaplan, Retail Recruiters of New York, Inc. and Harvey Schuster w/cert. of svc. (ds) |
| 84/07/24 |    | HEARING APPEARANCES: FAY CLAYTON, ESQ. for Certified Collateral Collateral Corporation; RICHARD J. GRAY, ESQ. for MCI Telecommunications Corporation, MCI Communications Corp.; HOWARD G. KRISTOL, ESQ. for GTE Corp., GTE Sprint Communications Corp., Co., Southern Pacific Communications Co., Southern Pacific Satellite Co.; MITCHELL S. GOLDGEHN, ESQ. for Allnet Communication Services, Inc.; MICHAEL W. WARD, ESQ. for U.S. Telephone of the Midwest, Inc.; LAWRENCE SUCHAROW, ESQ. for Harvey M. Schuster, Charles Kaplan Retail Recruities of New York, Inc.; CHARLES C. PLATT, ESQ. for ITT - U.S. Transmission Systems, Inc.; JOHN HAVAS, ESQ. for Lilly M. Feitler; STEPHEN C. COOPER, ESQ. for Control Electronics, et al. WAIVERS OF ORAL ARGUMENT: Euromarket Designs, Inc.; McIntosh Embossing Inc.; Western Union Telegraph Company (rh) |
| 84/08/01 | 29 | LETTER -- signed by Charles C. Platt counsel for United States Transmission Systems, Inc., dated 7/31/84 -- w/cert. of service (cds) |
| 84/08/10 | 30 | LETTER -- signed by William I. Sussman, counsel for GTE Sprint Communications Corp., GTE Corp., GTE Automatic Electric Corp., Southern Pacific Co., Southern Pacific Communications Co. and Southern Pacific Satellite Co. -- w/cert. of service (cds) |
| 84/08/14 | 31 | LETTER -- signed by Robert M. Chilvers, counsel for A-2 Roger Lee, et al. -- w/copy of Dismissal order of 8/3/84 (cds) |
| 84/08/15 |    | CONSENT OF TRANSFEREE COURT for assignment of litigation to the Honorable Anna Diggs Taylor in E.D. Michigan pursuant to 28 U.S.C. §1407. (emh) |
| 84/08/15 |    | TRANSFER ORDER -- transferring actions (A-3 thru A-8, A-10, A-11, & A-14) -- to the E.D. Michigan pursuant to 28 U.S.C. §1407 -- ORDER ALSO DEFERS DECISION on A-12 Kaplan v. ITT-U.S. Transmission Systems, Inc. -- NOTIFIED involved clerks and judges, PASL and recipients (emh) |

JPML FORM 1A                                                                              5

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- In re LongDistance Telecommunications Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 84/08/20 | 32 | LETTER -- signed by Lawrence Sucharow, counsel for plaintiff Kaplan -- w/cert. of service  (cds) |
| 84/08/27 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-15 Lazar, et al. v. MCI Communications Corp., et al., S.D.Calif., 84-1435-N(M); and B-16 Leventhal, et al. v. GTE Corp., et al., N.D. New York, 84-CV-602 -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (also sent 8/15/84 transfer order to NEW counsel.)  (emh) |
| 84/09/06 | | |
| 84/09/06 | | APPEARANCES:   MARGARET G. DOBIES, ESQ. for Seymour Lazar, et al. |
| 84/09/10 | 33 | NOTICE OF OPPOSITION -- B-15 Seymour Lazar, et al. v. MCI Communications Corp., et al., S.D. California, C.A. No. 84-1435-N(M) -- filed by pltf. Seymounr Lazar --  w/cert. svc. (rh) |
| 84/09/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-16 A. Linda Leventhal, et al. v. GTE Corporation, et al., N.D. New York, C.A. No. 84-CV-602 -- Notified involved judge and clerk. (rh) |
| 84/09/24 | | HEARING ORDER -- B-15 Seymour Lazar, et al., hearing in Galveston, Texas on Oct. 23, 1984   (rh) |
| 84/09/28 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING HEARING (B-15 Seymour Lazar, et al. v. MCI Communications Corp., et al., S.D. Cal., #84-1435-N(M)) -- NOTIFIED INVOLVED JUDGES, CLERKS AND COUNSEL  (cds) |
| 84/10/01 | 34 | WITHDRAWAL OF NOTICE OF OPPOSITION -- Pltf. Seymour Lazar (emh) |
| 84/11/19 | | TRANSFER ORDER -- transferring A-12 Charles Kaplan v. ITT-U.S. Transmission Systems, Inc., E.D.N.Y., #83-CIV-4843, to the E.D.Mich. before Judge Taylor -- NOTIFIED INVOLVES JUDGES, CLERKS AND COUNSEL  (cds) |

598    In re Long Distance Telecommunications Litigation

| | | |
|---|---|---|
| 85/02/07 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-17 Roger Lee, et al. v. Western Union Telegraph Co., et al., N.D. California, C.A. No. C84-7912-SAW -- Notified involved counsel and judge (rh) |
| 85/02/21 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-18 Marshal Sandler v. GTE Sprint Communications Corp., D. Oregon, C.A. No. 85-124. Notified involved judges and counsel. (ds) |
| 85/02/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- (B-17) Roger Lee, et al. v. Western Union Telegraph Co., et al., N.D.Cal., #C84-7912-SAW -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 85/02/26 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-19 Lewis H. Markowitz v. MCI Telecommunication Corp., E.D. Pa., C.A. No. 84-6149. Notified involved counsel and judges. (ds) |
| 85/03/08 | 35 | NOTICE OF OPPOSITION -- B-18 Marshal Sandler v. GTE Sprint Communications Corp., D. Oregon, C.A. #85-124 -- Filed by pltf. Marshal Sandler. Notified involved counsel and jduges. (ds) |
| 85/03/14 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-19 Lewis H. Markowitz, Esq. v. MCI Telecommunication Corp., E.D. Pa., C.A. No. 84-6149. Notified involved clerks and judges. (ds) |
| 85/03/25 | 36 | MOTION TO VACATE CTO -- B-18 Marshal Sandler v. GTE Sprint Communications Corp., D. Oregon, C.A. No. 85-124 -- filed by pltf. Sandler w/cert. of svc. (ds) |
| 85/04/04 | 37 | RESPONSE (to pldg. 36) -- GTE Sprint Communications Corp. -- w/cert. of svc. (emh) |
| 85/04/12 | | HEARING ORDER -- Setting opposition of B-18 for Panel Hearing on May 16, 1985 in Wash., D.C. (ds) |
| 85/05/08 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-20 Classic Motor Carriages v. GTE Sprint Comm. Corp., S.D.Fla., #85-089-Civ-DAVIS -- NOTIFIED INVOLVED JUDGES AND COUNSEL (cds) |
| 85/05/16 | | HEARING APPEARANCE: WILLIAM I. SUSSMAN, ESQ. for GTE Sprint Communications Corp. (cds) |
| 85/05/16 | | WAIVERS OF ORAL ARGUMENT: U.S. Telephone of the Midwest, Inc.; MCI Telecommunications Corp.; Plaintiff Marshall Sandler; Allnet Communication Services, Inc. (cds) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigation   p.7

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/05/24 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-20 Classic Motor Carriages v. GTE Sprint Communications Corp., S.D. Florida, C.A. No. 85-089-Civ-Davis -- Notified involved judges and clerks (rh) |
| 85/05/29 | | TRANSFER ORDER -- transferring B-18 Marshal Sandler v. GTE Sprint Communications Corp., D. Oregon, C.A. No. 85-124 to the E.D. Michigan for pretrial proceedings pursuant to 28 U.S.C. §1407 -- notified involved clerks, judges and counsel. (ds) |
| 85/07/31 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-21 Herbert C. Schulze v. GTE Sprint Communications Corporation, N.D. Cal., C85-4575-SW -- Notified involved counsel, judges and clerks. (paa) |
| 85/08/16 | 38 | NOTICE OF OPPOSITION -- C-21 Herbert C. Schulze v. GTE Sprint Communications Corp., N.D. Cal., C.A. No. C85-4575-SW filed by pltf. Herbert C. Schulze -- Notified involved counsel and judge (rh) |
| 85/09/18 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- C-12 Herbert C. Shulze v. GTE Sprint Communications Corp., N.D. California, C.A. No. 85-4575-TEH -- Notified involved counsel, judtes and clerks (rh) |
| 85/12/03 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-22 Sam Solomon, etc. v. MCI Telecommunications Corp., et al., N.D. Illinois, C.A. No. 85-C-9679 -- Notified involved clerks, judges and counsel. (ds) |
| 85/12/18 | 39 | NOTICE OF OPPOSITION -- (C-22) Sam Solomon v. MCI Telecommunications Corp., et al., N.D. Ill., C.A. No. 85C9679 -- Plaintiff Solomon -- Notified involved counsel and judge (cds) |
| 85/12/30 | 40 | MOTION TO VACATE CONDITIONAL TRANSFER ORDER (C-22) Sam Solomon, etc. v. MCI Telecommunications Corp., et al., N.D. Ill., #85-C-9679 -- pltf. Sam Solomon, etc. -- w/Exhibits and cert. of service (cds) |
| 85/12/30 | 41 | RESPONSE -- (to pldg. #40) defts. MCI Telecommunications Corp. and GTE Sprint Communications Corp. -- w/Exhibits and cert. of service (cds) |
| 86/01/22 | 42 | REPLY (to pldg. #41) -- pltf. Sam Solomon, etc. -- w/cert. of service (cds) |

JPML FORM 1A

p. 8

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 86/02/20 | | HEARING ORDER -- Setting opposition to transfer of C-22 Solomon, etc. v. MCI Telecommunications Corp., et al. for Panel Hearing in San Francisco, Calif. on March 27, 1986 (rh) |
| 86/03/25 | | APPEARANCES FOR HEARINGS -- San Francisco, California on March 27, 1986 -- Darryl M. Bradford for MCI Telecommunications Corp.,; Howard G. Kristol for GTE Sprint Communications Corporation. |
| 86/03/25 | | WAIVERS FOR ORAL ARGUMENT ON 3/27/86 -- San Francisco, California Robert P. Hurlbert for Western Union Corporation; Richard G. Daniels Esq. for Classic Motor Carriages, Inc.; Mitchell S. Goldgehn for Allnet Communication Services, Inc.; Michael W. Ward for US Telephone of the Midwest, Inc.; John Theodore Dean for Herb Schulze; |
| 86/04/09 | | TRANSFER ORDER -- C-22 Sam Solomon, etc. v. MCI Telecommunications Corp., et al., N.D. Illinois, C.A. No. 85-C-9679 to E.D. Michigan -- Notified involved counsel, judges and clerks (rh) |
| 87/06/11 | 43 | MOTION, BRIEF, TABS A-F, & CERT. OF SVC. -- Deft. Allnet Communication Services Inc. for transfer of C-23 Katz v. Allnet, N.D.Ill., C.A. No., 87C4929 to the E.D. Mich. (rew) |
| 87/06/19 | | HEARING ORDER -- Setting C-23 Katz v. Allnet for hearing on July 23, 1987 in Boston, Mass. Notified counsel, clerks and involved judges. (rew) |
| 87/06/29 | 44 | RESPONSE(to pldg.#43) -- William Katz -- w/cert. of svc. (tmq) |
| 87/07/01 | 45 | REPLY -- deft. Allnet Communication Service, Inc. -- w/cert. of service (cds) |
| 87/07/02 | 46 | LETTER regarding substitution pages for pleading no. 45 -- signed by Stephen Patton, counsel for deft. Allnet Communication Service, Inc. -- w/cert. of service -- OLD PAGES REMOVED AND SUBSTITUTION PAGES INSERTED IN PLEADING NO. 45 (cds) |
| 87/07/22 | | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: STEPHEN R. PATTON, ESQ. for Allnet Communication Services, Inc. (tmq) |
| | | NOTE: Action remanded to state court - matter not argued at Panel hearing (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- **IN RE LONG DISTANCE TELECOMMUNICATIONS LITIGATION**

| Date | Ref. | Pleading Description |
|---|---|---|
| 87/08/06 | | ORDER DENYING TRANSFER FILED TODAY -- C-23 William Katz, etc. v. Allnet Communication Services, Inc., N.D. Illinois, C.A. No. 87-4929 -- Notified involved counsel, clerks and judges. (paa) |
| 87/08/17 | 47 | ORDER -- Filed in N.D. Illinois -- Re: Remand of (C-23) Katz v. Allnet Communications to State Court -- w/letters (rh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 598 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE LONG DISTANCE TELECOMMUNICATIONS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 7/26/84 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 8/15/84 | TO | Unpublished | E.D. Michigan | Anna Diggs Taylor | |

Special Transferee Information

DATE CLOSED: 11/5/86
7/1/91

JPML FORM 1

## LISTING OF INVOLVED ACTIONS

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Roger Lee and Lani Lee v. MCI Telecommunications Corp. | N.D.Cal. Vukasin | C-84-1471 | JP 8/15/84 | 84-111 | closed | |
| A-2 | Roger Lee and Lani Lee v. Western Union Telegraph Co. | N.D.Cal. Henderson | C-84-1472 | 8/15/84 | | 6/29/84 | prior to transfer |
| A-3 | Harvey M. Schuster, et al. v. GTE Sprint Communications Corp. | N.D.Cal. Henderson | C-83-5374 | 8/15/84 | | 8/3/84 D | |
| A-4 | Certified Collateral Corp. v. MCI Telecommunicaitons Corp. | N.D.Ill. Aspen | 84-C-0388 | 8/15/84 | 84-4228 | closed | |
| A-5 | Earl E. Olive v. Allnet Communication Services, Inc. | N.D.Ill. Bua | 84-C-1112 | 8/15/84 | 84-4230 | closed | |
| A-6 | David H. Locks v. U.S. Telephone of the Midwest, Inc. | N.D.Ill. Decker | 84-C-1465 | 8/15/84 | 84-4229 | 6/28/85 D reopened FC | |
| A-7 | Euromarket Designs, Inc., d.b.a. Crate and Barrell vs. MC. Telecommunications Corp. | D.Mass. Caffrey | 84-880 | 8/15/84 | 84-4116 | closed | |
| A-8 | Euromarket Designs Inc., d.b.a. Crate and Barrel v. Allnet Communications Services, Inc. | D.Mass Caffrey | 84-881 | 8/15/84 | 84-4117 | closed | |
| A-9 | Control Electronics, Inc., et al. v. Southern Pacific Communications Co., et al. | E.D.Mich. Taylor | 83-1010 | NT | | | prior to transfer |
| A-10 | McIntosh Embossing, Inc. v. MCI Telecommunications Corp. | D.Minn. MacLaughlin | 4-84-Civ-271 | 8/15/84 | 84-4161 | closed | |
| A-11 | Mark Hochman, et al. v. GTE Corp., et al. | D.N.J. Barry | 83-4555 | 8/15/84 | 84-4474 | closed | |
| A-12 | Charles Kaplan v. ITT-U.S. Transmission Systems, Inc. | E.D.N.Y Glasser | 83-Civ-4843 | 11/19/84 | 84-5039 | closed | 10 TR 10 Dism opened |

\* A-1 & A-12 Reversed & Remanded CA for 6th Cir 10/9/87

JPML FORM 1 -- Continuation

Listing of Involved Actions -- p. 2

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-13 | Retail Recruiters of New York, Inc. v. MCI Telecommunications Corp. | S.D.N.Y. Motley | 83-8048 | | | 4/4/84 | pending to trans |
| A-14 | Lily M. Feitler v. GTE Sprint Communications Corp. | M.D.Pa. Caldwell | CV-84-0759 | 8/15/84 | 84-4519 | 6/28/85 | closing order |
| B-15 | Seymour Lazar, et al. v. MCI Communications Corp., et al. 8/27/84 Opposed 9-10-84 | S.D.Cal. Nielsen Brewster | 84-1435-B(M) | 4/28/84 | 84-4801 | closed | |
| B-16 | A. Linda Leventhal, et al. v. GTE Corp., et al. 8/27/84 | N.D.N.Y. McCurn | 84-CV-602 | 8-12-84 | 84-4682 | closed | |
| B-17 | Roger Lee, et al. v. Western Union Telegraph Co., et al. 2-7-85 | N.D.Cal. Weigel | C84-7912-SAW | 7/25/8 | 85-3365 | 7/30/85 | reopened |
| B-18 | Marshal Sandler v. GTE Sprint Communications Corporation 2/21/85 Opposed 3/8/85 | D.Ore. Frye | 85-124 | 5/29/85 | 85-2822 | 5/6/8 | |
| B-19 | Lewis H. Markowitz, Esq. v. MCI Telecommunication Corporation 2/26/85 | E.D.Pa. VanArtsdalen | 84-6149 | 3/4/85 | 85-1530 | 5/30 | |
| B-20 | Classic Motor Carriages v. GTE Sprint Communications Corp. 5/8/85 | S.D.Fla Davis | 85-089-Civ-Davis | 5-24-85 | 85-4104 | 5/30/86 | |

July 1985 - 1 TR + pending / Dis / 16 Pending

| C-21 | Herbert C. Schulze v. GTE Sprint Communications Corporation 7/31/85 Opposed 9-16-85 | N.D.Cal. Williams TEH | C85-4575- | 9-18-85 | 85-4279 | 5/30 | |
| C-22 | Sam Solomon, etc. v. MCI Telecommunications Corporation, et al. Opposed 12/18/85 12/3/85 | N.D.Ill. McGarr | 85-C-9679 | 4-9-86 | 86-1767 | closed | |

July 1986 - 2 TR / 17 Dis / 6 Pending       July 1987 all closed

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-23 | William Katz, etc. v. Allnet Communication Services, Inc. | Ill., N. Nordberg | 87C4929 DO NOT COUNT | | | | MOOT- 8-6-87 |

1988 - 13 actions reopened / 13 pending
July 1989 - 13 Pending
July 1990 - 13 Dis / Litigation Closed
July 1991 - 2 Reopen - _ _ _ _ _

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- IN RE LONG DISTANCE TELECOMMUNICATIONS LITIGATION

| PLAINTIFF'S LEAD COUNSEL | DEFENDANT'S LEAD COUNSEL |
|---|---|
| Fay Clayton, Esquire<br>Sachnoff, Weaver & Rubenstein<br>30 South Wacker Drive<br>Suite 2900<br>Chicago, IL  60606 | Richard J. Gray, Esquire<br>Jenner & Block<br>One IBM Plaza<br>Chicago, Il  60611 |

JPML Form 4

*Old List - is this Correct* ❌
*(The new list?)*

## ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigation

---

ROGER LEE, ET AL. (A-1, ~~B~~-17)
Mark F. Anderson, Esquire
101 California St., Ste 980
San Francisco, CA 94111

CHARLES KAPLAN (A-12) ✗
~~HARVEY M. SCHUSTER, ET AL. (A-3)~~
~~RETAIL RECRUITERS OF NEW YORK, INC. (A-13)~~
Lawrence Sucharow, Esq.
Goodkind, Wechsler & Labaton
122 East 42nd Street
New York, New York  10168

CERTIFIED COLLATERAL CORP. (A-4)
EARL E. OLIVE (A-5)
DAVID H. LOCKS (A-6)
Fay Clayton, Esq. ✗
Sachnoff, Weaver & Rubenstein, Ltd.
One IBM Plaza
Chicago, Illinois  60611           → *Corres. Ret'd.*

EUROMARKET DESIGNS, INC. d/b/a
CRATE & BARREL (A-7, A-8)
Michael J. Freed, Esq.
135 S. LaSalle Street
Suite 2323
Chicago, Illinois  60603

McINTOSH EMBOSSING, INC. (A-10)
Karl L. Cambronne, Esq.
Chestnut & Brooks, P.A.
900 Norwest Midland Bldg.
Minneapolis, Minnesota  55401

---

MARK HOCHMAN, ET AL. (A-11) ✗
Gerald D. Miller, Esq.
Miller, Hochman & Meyerson
40 Journal Square
Jersey City, New Jersey  07306

UNITED STATES TRANSMISSION SYSTEMS, INC.
Grant S. Lewis, Esq.
LeBoeuf, Lamb, Leiby & Mac Rae
520 Madison Avenue
New York, New York  10022

ALLNET COMMUNICATION SERVICES, INC.
Mitchell S. Goldgehn, Esq.
Greenberg Keele Lunn & Aronberg
One IBM Plaza
Chicago, Illinois  60611

MCI TELECOMMUNICATIONS CORP.
Richard J. Gray, Esq.
Jenner & Block
One IBM Plaza
Chicago, Illinois  60611

GTE CORP.
GTE SPRINT COMMUNICATIONS CORP.
GTE AUTOMATIC ELECTRIC CORP.
SOUTHERN PACIFIC CO.
SOUTHERN PACIFIC COMMUNICATIONS CO.
SOUTHERN PACIFIC SATELLITE CO.
Howard G. Kristol, Esq.
Reboul, MacMurray, Hewitt,
  Maynard & Kristol
45 Rockefeller Plaza
10th Floor
New York, New York  10111

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. __2__

DOCKET NO. __598__ -- In re Long Distance Telecommunications Litigation

---

WESTERN UNION TELEGRAPH CO.
Robert P. Hurlbert, Esq.
Dickinson, Wright, Moon, VanDusen
 & Freeman
525 North Woodward Avenue
Post Office Box 509
Bloomfield Hills, MI  48013

U.S. TELEPHONE OF THE MIDWEST, INC.
Michael W. Ward, Esq.
O'Keefe, Ashenden, Lyons & Ward
One First National Plaza, Suite 5100
Chicago, Illinois  60603

---

COMBINED NETWORK, INC.
(now known as Allnet Communication
 Services, Inc.)


LILLY M. FEITLER, ETC. (A-14)
John Havas, Esquire
Foulkrod, Reynolds & Havas
301 Market Street
Suite 600
P.O. Box 932
Harrisburg, Pennsylvania  17108-0932


SEYMOUR LAZAR, ETC. (B-15)
Margaret G. Dobies, Esquire
Milberg Weiss Bershad Specthrie
 & Lerach
225 Broadway, Suite 2000
San Diego, California  92101

---

A. LINDA LEVENTHAL, ETC. (B-16)
Richard D. Greenfield, Esquire
P.O. Box 1
Paul Smiths, New York  12970

David B. Zlotnick, Esquire
Greenfield, Chimicles & Lewis
One Haverford Centre
Haverford, Pennsylvania  19041-0100

---

Deft. in B-15:
MCI Communications Corporation
Michael L. Lipman, Esq.
Finley, Kumble, Wagner, Heine,
 Underberg, Manley & Casey
101 West Broadway, Ste. 1500
San Diego, California  92101

ROGER LEE, ET AL. (B-17)  Same as A-1
Mark F. Anderson, Esquire
101 California St., Ste. 980
San Francisco, CA 94111


WESTERN UNION CORP. (Deft. B-17)
(Unable to determine counsel or
 address)


MARSHAL SANDLER (B-18)
Norman S. Rosenblatt, Esquire
14755 S.W. 139th
Tigard, Oregon  97223

LEWIS H. MARKOWITZ, ESQ. (B-19)
Arnold Levin, Esquire
Howard J. Sedran, Esquire
Levin & Fishbein
Suite 600
320 Walnut Street
Philadelphia, PA  19106


CLASSIC MOTOR CARRIAGES (B-20)
Daniel F. Solomon, Esquire
Law Offices of Richard G. Daniels
Suite 907, Dupont Plaza Center
Miami, Florida  33131


HERBERT C. SCHULZE (C-21)
John T. Dean, Esquire
P.O. Box 2906
Corona, California  91718

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigation

| | |
|---|---|
| ROGER LEE, ET AL. (B-17)<br>Mark F. Anderson, Esquire<br>101 California Street, Ste. 980<br>San Francisco, California 94111<br><br>MARSHAL SANDLER (B-18)<br>Norman S. Rosenblatt, Esquire<br>14755 S.W. 139th<br>Tigard, Oregon 97223<br><br>LEWIS H. MARKOWITZ, ESQ. B-19)<br>Arnold Levin, Esquire<br>Howard J. Sedran, Esquire<br>Levin & Fishbein<br>Suite 600<br>320 Walnut Street<br>Philadelphia, PA 19106<br><br>CLASSIC MOTOR CARRIAGES (B-20)<br>Daniel F. Solomon, Esquire<br>Law Offices of Richard G. Daniels<br>Suite 907, Dupont Plaza Center<br>Miami, Florida 33131<br><br>HERBERT C. SCHULZE (C-21)<br>John T. Dean, Esquire<br>Post Office Box 2906<br>Corona, California 91718<br><br>SAM SOLOMON C-22)<br>Larry D. Drury, Esquire<br>180 N. LaSalle Street<br>Chicago, Illinois 60601 | UNITED STATES TRANSMISSION SYSTEMS, INC.<br>Grant S. Lewis, Esquire<br>LeBoeuf, Lamb, Leiby & Mac Rae<br>520 Madison Avenue<br>New York, New York 10022<br><br>ALLNET COMMUNICATION SERVICES, INC.<br>Mitchell S. Goldgehn, Esquire<br>Greenberg, Keele, Lunn & Aronberg<br>One IBM Plaza<br>Chicago, Illinois 60611<br><br>MCI TELECOMMUNICATIONS CORP.<br>Richard J. Gray, Esquire<br>Jenner & Block<br>One IBM Plaza<br>Chicago, Illinois 60611<br><br><br>GTE SPRINT COMMUNICATIONS CORP<br>GTE AUTOMATIC ELECTRIC CORP.<br>SOUTHERN PACIFIC CO.<br>SOUTHERN PACIFIC COMMUNICATIONS CO.<br>SOUTHERN PACIFIC SATELLITE CO.<br>Howard G. Kristol, Esq.<br>Reboul, MacMurray, Jewitt,<br>  Maynard & Kristol<br>45 Rockefeller Plaza<br>10th Floor<br>New York, New York 10111 |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| WESTERN UNION TELEGRAPH CO.<br>Robert P. Hurlbert, Esquire<br>Dickinson, Wright, Moon, VanDusen<br>   & Freeman<br>525 North Woodward Avenue<br>P.O. Box 509<br>Bloomfield Hill, MI   48013<br><br>U. S. TELEPHONE OF THE MIDWEST, INC.<br>Michael W. Ward, Esquire<br>O'Keefe, Ashenden, Lyons & Ward<br>One First National Plaza<br>Suite 5100<br>Chicago, Illinois   60603<br><br>COMBINED NETWORK, INC.<br>(Now known as Allnet Communication<br>  Services, Inc.)<br><br>  WILLIAM KATZ, ETC. (C-23)<br>  Alvin R. Becker, Esquire<br>  Beerman, Swerdlove, Woloshin,<br>    Barezky & Berkson<br>  Suite 600 - 69 W. Washington St.<br>  Chicago, IL   60602<br><br>  ALLNET COMMUNICATION SERVICES, INC. (Deft. C-23)<br>  Stephen R. Patton, Esquire<br>  Kirkland & Ellis<br>  200 East Randolph Drive<br>  Chicago, IL   60601 | |

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 598 -- In re Long Distance Telecommunications Litigaiton

| Name of Party | Named as Party in Following Actions |
|---|---|
| Southern Pacific Communications Co. | A-9, A-11, B-16 |
| Western Union Telegraph Co. | A-2, A-9, 17 |
| ~~Lexitel Corp.~~ | ~~A-9~~ Dismissed |
| Combined Network, Inc. | A-9 |
| GTE Automatic Electric Corp. | A-9 |
| MCI Telecommunications Corp. | A-1, A-4, A-7, A-9, A-10, B-15, B-19, C-22 |
| Allnet Communications Services, Inc. | A-5, A-8 |
| U.S. Telephone of the Midwest, Inc. | A-6 |
| ITT-U.S. Transmission Systems, Inc. | |
| GTE Corp. | A-11, B-16 |
| Southern Pacific Co. | B-16 |

p. 2

| | |
|---|---|
| Southern Pacific Satellite Co. | A-11 |
| GTE Sprint Communications Corp. | A-3, B-16, B-18, C-21-C-22 |
| MCI Communications Corp. | B-15 |
| Western Union Corp | B-17 |
| CLASSIC MOTOR CARRIAGES CORP. | B-20 |
| | |
| | |
| | |
| | |
| | |